```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

     -v-                        :         INDICTMENT

DARREL RICE,                    :         07 CRIM. 833
     a/k/a "Dudda,"
                                :
          Defendant.
                                :
- - - - - - - - - - - - - - - -x
```

**ORIGINAL**

COUNT ONE

   The Grand Jury charges:

   1. On or about March 6, 2007, in the Southern District of New York, DARREL RICE, a/k/a "Dudda," the defendant, unlawfully, willfully, and knowingly did engage and attempt to engage in any conduct, and thereby did cause and threaten to cause bodily injury to another person, with intent to retaliate against a person for the attendance of a witness at an official proceeding and testimony given by a witness in an official proceeding, to wit, RICE assaulted the girlfriend of a witness who had testified in an ongoing trial regarding criminal activities of individuals associated with RICE.

          (Title 18, United States Code,
            Sections 1513(b)(1) and 2.)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 5 2007

COUNT TWO

The Grand Jury further charges:

2. On or about October 1, 2004, in the Southern District of New York, DARREL RICE, a/k/a "Dudda," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)

_____      _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DARREL RICE,
  a/k/a "Dudda,"

                    Defendant.

INDICTMENT

07 Cr.

(Title 18, United States Code, Sections
1513 & 2; Title 21, United States Code,
Sections 812, 841(a)(1) and 841(b)(1)(C))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine U. Brooks*
Foreperson.

Post-It 11/1/87

9/5/07 - Fld. Indictment. Case assigned to Judge Berman for all purposes.
S/ Eaton Jr. U.S.M.J.