UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA )
)
)
v. )  No. 07 Cr. 833 (JSR)
)
DARREL RICE, )
              Defendant )
)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** of the following attorney information change for Patrick J. Smith:

As of October 1, 2007, my firm affiliation has changed from King and Spalding LLP to:

    Thacher Proffitt & Wood LLP
    Two World Financial Center
    New York, New York 10281

My updated contact information is indicated below my signature.

Pursuant to my appointment under the Criminal Justice Act, I will continue to be counsel of record for Defendant Darrel Rice in the above-captioned case at my new firm.

Dated: October 11, 2007
       New York, New York

THACHER PROFFITT & WOOD LLP

By: _/s/ Patrick J. Smith_
Patrick J. Smith
Two World Financial Center
New York, New York 10281
Telephone: (212) 912-7934
Fax:      (212) 912-7751
Email: psmith@tpw.com