```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :    WAIVER OF INDICTMENT
                                    :
        - v. -                      :    S1 07 Cr. 833 (JSR)
                                    :
DARRELL RICE,                       :
    a/k/a "Dudda,"                  :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - -x
```

        DARRELL RICE, a/k/a "Dudda," the above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and being advised of the nature of the charges and his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                              _____
                                              DARRELL RICE

                                              _____
                                              WITNESS

                                              _____
                                              PATRICK J. SMITH, ESQ.
                                              COUNSEL FOR DARRELL RICE

Date:     New York, New York
           October 26, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 [6] [2007]