UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :      INFORMATION

       -v-                         :      S1 07 Cr. 833 (JSR)

DARRELL RICE,                      :
    a/k/a "Dudda,"
                             :
              Defendant.

- - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

The United States Attorney charges:

1. From in or about 2002 up to and including in or about 2004, in the Southern District of New York, DARRELL RICE, a/k/a "Dudda," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of said conspiracy that DARRELL RICE, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B), and 846.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

<u>OVERT ACT</u>

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

   a. On or about October 1, 2004, DARRELL RICE, the defendant, gave individuals crack cocaine in exchange for cash in the vicinity of 291 East 143rd Street, Bronx, New York.

(Title 21, United States Code, Section 846.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney